**United States Court of Appeals**

**FOR THE EIGHTH** CIRCUIT

_____

No. 96-1791

_____

| | |
|---|---|
| Buck Green, individually and on behalf of all others similarly situated; Joyce Moton, individually and on behalf of all others similarly situated,        Appellants,      v. Gary J. Stangler; Carmen Schulze; Richard Koon; Don Holt; Louise Critten; D. Wayne Osgoode; Charles Diamond,        Appellees. | Appeal from the United States District Court for the Western District of Missouri. [Unpublished] |

_____

Submitted: June 20, 1997
Filed: July 9, 1997

_____

Before HANSEN, MORRIS SHEPPARD ARNOLD, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Buck Green and Joyce Moton appeal the district court's[1] grant of summary

_____

[1]The Honorable D. Brook Bartlett, Chief Judge, United States District Court for the Western District of Missouri.

judgment to defendants in their civil rights action.  Having carefully reviewed the record and the parties' submissions, we affirm the judgment of the district court.  See 8th Cir. R. 47B.

Defendants' motion to dismiss Moton from the appeal is granted.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.